```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION

ANTHONY CALLINS                    §
                                   §
VS.                                §   CIVIL ACTION NO. 4:13-CV-280-Y
                                   §
U.S. BANK NATIONAL ASSOCIATION,    §
INC., et al.                       §
```

ORDER ADOPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND
<u>DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS</u>

On May 8, 2013, the magistrate judge entered his Findings, Conclusions, and Recommendation ("FCR") (doc. 11). In his FCR, the magistrate judge found that Plaintiff had sufficient monthly resources available to pay the filing fee in this case. Based on this finding, the magistrate judge recommended that Plaintiff's Applications to Proceed in District Court Without Prepaying Fees or Costs (doc. 10) be denied. The magistrate judge further recommended that Plaintiff be informed that his case will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless he timely pays the full filing fee of $400.00.

Plaintiff was given until May 29, 2013, to file objections to the magistrate judge's FCR, but he filed none. Instead, he filed a one-paragraph Motion to Reconsider (doc. 14), stating that his "case is strong against the bank." (Pl.'s Mot. to Reconsider 1.)

After review, the Court ADOPTS the magistrate judge's FCR (doc. 11) as the findings and conclusions of this Court for the reasons stated therein. Plaintiff's motion for leave to proceed in

forma pauperis (doc. 10) and his motion to reconsider (doc. 14) are DENIED.  Plaintiff has **seven (7) days** from the date of this order to pay to the clerk of Court the full filing fee of $400.00. Failure to do so will result in the Court's dismissal of this case, without prejudice but without further notice.

 SIGNED June 3, 2013.

          _/s/ Terry R. Means_
          TERRY R. MEANS
          UNITED STATES DISTRICT JUDGE